DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER ALLEN,**
Appellant,

v.

**DEPARTMENT OF REVENUE** o/b/o **SIMONE GROSEH** a/k/a **SIMONE S. GROSSETT** a/k/a **SIMONE COLEY,**
Appellee.

No. 4D18-1210

[March 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. 17-4075 FMCE (42).

Robbin L. Petras of the Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***